FOR PUBLICATION

FILED

SEP 07 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| **WINDY PAYNE, individually and as guardian on behalf of; D.P., a minor child**,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>**PENINSULA SCHOOL DISTRICT, a municipal corporation; ARTONDALE ELEMENTARY SCHOOL, a municipal corporation; JODI COY, in her individual and official capacity; JAMES COOLICAN, in his individual and official capacity; JANE DOES 1-10; JOHN DOES 1-10**,<br><br>Defendants - Appellees. | No. 07-35115<br><br>D.C. No. CV-05-05780-RBL<br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.